AUG-02-2007  11:29        ENGINEERING                   281 350 7194   P.01/01



Polaris Explorer U.S.A. Inc.
10390 Bradford Road, Suite 215
Littleton, CO 80127

Darlene,

As per our phone conversation this morning, I am writing to request a cost accumulation number for Polaris Explorer. We will be conducting a geophysical survey within the boundaries of the Union Pacific Railroad right of way and need the number in order to hire flagmen from Union Pacific. Our survey will start in Terrell, Texas at MP 184.09 and end near Weatherford, Texas at MP 273.80. Our work should start around August 7, 2007 and end before October 7, 2007.

The billing information is:  Polaris Explorer U.S.A. Inc.
                             10288 West Chatfield Ave, Suite 302
                             Littleton, CO 80127
                             Attn: Heidi Solokis
                             Phone: (303) 904-6760

If you need anything else, please call me on my cell phone at (432) 770-8532 or email me at billswinney@grandecom.net.

Thanks for the help,
Bill Swinney

TOTAL P.01