```
Court Name: U.S. District Court, Colorad
o
Division: 1
Receipt Number: COX012225
Cashier ID: sg
Transaction Date: 08/15/2008
Payer Name: WILLIAM JOHNSON
---------------------------------
CIVIL FILING FEE
 For: WILLIAM JOHNSON
 Amount:        $350.00
---------------------------------
CREDIT CARD
 Amt Tendered: $350.00
---------------------------------
Total Due:     $350.00
Total Tendered: $350.00
Change Amt:    $0.00

08-CV-01745


A fee of $45.00 will be assessed on
any returned check.
```